UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JAMES JAMAR SLADE                          CASE NO. 20-10212
AMBER DAWN WATKINS                         JUDGE BENJAMIN A. KAHN
510 WASHBURN AVENUE
EDEN, NC  27288

   DEBTORS

SSN(1) XXX-XX-1933     SSN(2) XXX-XX-3881        DATE:  11/30/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DUKE ENERGY CAROLINAS<br>550 S TRYON ST<br>CHARLOTTE, NC  28202 | $0.00<br>INT: .00%<br>NAME ID: 154878<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 149128<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| H&R BLOCK BANK<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $832.18<br>INT: .00%<br>NAME ID: 150443<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 9740<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1933<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1933<br>COMMENT: OC |
| NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 660366<br>DALLAS, TX  75266-0366 | $22,219.14<br>INT: 6.75%<br>NAME ID: 17724<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 7387<br>COMMENT: 16NISS |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| ROYALTY FINANCE OF REIDSVILLE<br>1558 FREEWAY DR STE C<br>REIDSVILLE, NC  27320 | $0.00<br>INT: .00%<br>NAME ID: 151409<br>CLAIM #: 0007 | (S) SECURED<br>SURRENDERED<br>ACCT: 1933<br>COMMENT: OC,10MAZD,REL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROYALTY FINANCE OF REIDSVILLE<br>1558 FREEWAY DR STE C<br>REIDSVILLE, NC  27320 | $0.00<br>INT: .00%<br>NAME ID: 151409<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SOCIAL SECURITY ADMINISTRATION<br>6401 SECURITY BLVD<br>1100 WEST HIGH RISE<br>BALTIMORE, MD  21235 | $0.00<br>INT: .00%<br>NAME ID: 161624<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TITLEMAX OF VA INC<br>15 BULL ST STE 200<br>SAVANNAH, GA  31401 | $412.07<br>INT: 6.75%<br>NAME ID: 144967<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 1933<br>COMMENT: 91HOND |
| UNITED CONSUMER FINANCIAL SVCS<br>P O BOX 856290<br>LOUISVILLE, KY  40285-6290 | $0.00<br>INT: .00%<br>NAME ID: 150953<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON WIRELESS<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING, MO  63304 | $0.00<br>INT: .00%<br>NAME ID: 142774<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| W S BADCOCK CORPORATION<br>ATTN OFFICER/MANAGING AGENT<br>P O BOX 497<br>MULBERRY, FL  33860 | $2,377.59<br>INT: 6.75%<br>NAME ID: 170899<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 6361<br>COMMENT:  MITM |
| WELLS FARGO BANK NA<br>ATTN OFFICER<br>101 N PHILLIPS AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>INT: .00%<br>NAME ID: 172434<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN OFFICER<br>101 N PHILLIPS AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>INT: .00%<br>NAME ID: 172434<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WOODFOREST NATIONAL BANK<br>25231 GROGANS MILL RD<br>THE WOODLANDS, TX  77380 | $0.00<br>INT: .00%<br>NAME ID: 130669<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WOODFOREST NATIONAL BANK<br>25231 GROGANS MILL RD<br>THE WOODLANDS, TX  77380 | $0.00<br>INT: .00%<br>NAME ID: 130669<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$25,840.98** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $3,000.00 | ATTORNEY FEE |

PAGE 3 - CHAPTER 13 CASE NO. 20-10212

                    ANITA JO KINLAW TROXLER,
                    TRUSTEE
                    500 W FRIENDLY AVE STE 200
                    P O BOX 1720
                    GREENSBORO, NC  27402-1720

Case 20-10212   Doc 19   Filed 11/30/20   Page 3 of 4

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  11/30/2020        OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/ Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice